UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>　　　　Defendant. | Case No. EDCV 17-0251-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: December 28, 2017.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE